IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMIRO MATA,

        Plaintiff,                          No. CIV S-09-0404 EFB P

    vs.

JAMES HARTLEY, et al.,

        Defendants.                      ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

////

////

////

////

////

1

Accordingly, it is hereby orderd that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: May 12, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE